E-FILED
Friday, 20 May, 2016 01:36:47 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,

v

NATHAN WALKER,
Defendant.

Case Number: 1:16CJ06032

**ORDER OF DETENTION**

The Defendant appeared before this Court for a detention hearing on Friday, May 20, 2016. The Government moved for detention of the Defendant pursuant to 18 U.S.C. § 3142(f)(1) & (f)(2).

Defendant, through counsel, indicated to the Court that the Defendant waived the right to a detention hearing. Accordingly, pursuant to that waiver, this Court orders that the Defendant be DETAINED.

Pursuant to 18 U.S.C. § 3142, the Defendant "shall be detained" for the duration of the continuance. Accordingly, the Defendant shall be held in the custody of the United States Marshal until a detention hearing, if any, is held.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the entity to which this Court issued the writ requiring his appearance before this Court..

Entered on May 20, 2016

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE